No. 3011. BANCO COMERCIAL DE PUERTO RICO, *v.* TRAUTMAN & ACHA, APELANTE.—Corte de Distrito de San Juan, Distrito Primero. Resuelto en mayo 29, 1923. Vista la moción de las partes sobre desistimiento de la apelación, se tiene por desistida a la apelante, quedando sin efecto el señalamiento.

No. 418. CARRIÓ, PETICIONARIO, *v.* CORTE DE DISTRITO DE MAYAGÜEZ, HON. A. ACOSTA, JUEZ, DEMANDADO.—*Certiorari.* Resuelto en mayo 29, 1923. Vista la moción de desistimiento presentada por el demandante peticionario, se resuelve tenerle por desistido, quedando sin efecto el señalamiento.

No. 2063. EL PUEBLO, APELADO, *v.* VÁZQUEZ, APELANTE.—Corte de Distrito de Guayama. Resuelto en mayo 29, 1923. Alteración de la paz. Celebrada la vista con la sola asistencia del Fiscal, y no habiendo el apelante radicado alegato, el tribunal resuelve en corte abierta desestimar la apelación.